SHAIN WASSER (SBN 293706)
shain.wasser@kennedyslaw.com
KENNEDYS CMK LLP
915 Wilshire Blvd, Suite 700
Los Angeles, CA 90017
T: (213) 224-0742

DAWN VALENTINE (SBN 206486)
Dawn.valentine@kennedyslaw.com
KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105
T: (415) 537 9813
F: (415) 323-4445

Attorneys for Defendant,
ACE AMERICAN INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CYNDI GILBERT, an individual; RAMESH MANTHA, an individual; KIRIN MANTHA, a minor, by and through his Guardian Ad Litem, Ramesh Mantha; ELI MANTHA, a minor, by and through his Guardian Ad Litem, Ramesh Mantha,

Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY, a Pennsylvania Corporation, DTG OPERATIONS, INC. dba THRIFTY CAR RENTAL, an Oklahoma Corporation; THE HERTZ CORPORATION a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-cv-8188

**DEFENDANT ACE AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1332 AND 28 U.S.C. § 1441**

Complaint Filed: April 23, 2025
Trial Date: TBD

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant ACE American Insurance Company ("ACE"), by and through its counsel, Kennedys CMK LLP, hereby gives notice of removal of the above-entitled action from the Superior Court of California, County of San Bernadino, Case No. CIVSB2516498, to the United States District Court for the Central District of California and further states as follows:

## STATEMENT OF JURISDICTION

1. The Court has original jurisdiction under 28 U.S.C. § 1332(a)(2) based on diversity of citizenship, and removal is therefore proper under 28 U.S.C. § 1441(a), (b), as complete diversity exists between the parties and the matter in controversy exceeds $75,000, exclusive of interests and costs. See 28 U.S.C. §§ 1332(a), 1441(a), & 1446(b).

## VENUE

2. Plaintiffs Cyndi Gilbert, Ramesh Mantha, Kirin Mantha and Eli Mantha ("Plaintiffs") filed their Complaint in the Superior Court of California in and for the County of San Bernadino. Venue, therefore, is appropriate in the United States District for the Central District, Western Division. *See* 28 U.S.C. §§ 84(c)(2), 1391(b), 1441(a).

## THE STATE COURT ACTION

3. On April 23, 2025, Plaintiffs filed their complaint in the Superior Court of California, County of San Bernadino, having been assigned Civil Case No. CIVSB2516498, and captioned *Gilbert, et al. v. ACE American Insurance Company, et al.* (the "Complaint"). ACE was served with the summons and complaint on July 30, 2025.

## PAPERS FROM STATE COURT ACTION

4. As required by 28 U.S.C. § 1446(a), attached as Exhibit A is a true and correct copy of the Summons and Complaint against Defendant ACE in the state court action, including all attachments, process and orders served on ACE.

5. ACE has not filed an answer or otherwise responded to the state court action. No proceedings have been had in Superior Court of California, County of San Bernadino, as to the Complaint.

## JOINDER

6. Defendants DTG Operations, Inc. dba Thrifty Car Rental ("DTG"), Dollar Thrifty Automotive Group, Inc. ("Dollar") and The Hertz Corporation ("Hertz") (collectively "Hertz Defendants") have consented and join in removal of this action. Filed herewith is the Consent to Removal indicating the Hertz Defendants' consent.

## TIMELINESS OF REMOVAL

7. The summons and complaint were served on ACE on July 30, 2025. ACE removed the action on August 29, 2025. A party has 30 days from service of the summons and complaint to remove, and the removal is timely. See 28 U.S.C. § 1446(b)(1).

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

8. **Defendant's citizenship**. At the time the Complaint was filed and at the time of removal, ACE was and is a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. Therefore, ACE was and is a citizen of Pennsylvania. DTG was and is a corporation organized under the laws of the state of Oklahoma with its principle place of business in Florida. Dollar was and is a corporation organized under the laws of the state of Delaware with its principal place of business in Florida. Hertz was and is a corporation organized under the laws of the state of Delaware with its principal place of business in Florida.

9. **Plaintiffs' citizenship**. Plaintiffs are each individual residents of Canada. See Complaint ¶¶ 16-16-19.

10. Complete diversity exists for the purpose of establishing jurisdiction. See 28 U.S.C. §§ 1332(a)(2), 1441(a), (b).

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

11. The Court has jurisdiction over this matter because the amount placed in controversy by Plaintiffs' Complaint exceeds $75,000, exclusive of interests and costs. See 28 U.S.C. § 1332(a).

12. Plaintiffs contend that they have been damaged in an amount totaling $1,240,937.83. See Complaint ¶ 55. Plaintiffs also made a "policy limits" demand for $1,000,000. Id. at ¶¶ 63-65.

13. For each of the foregoing reasons (and collectively), the amount in controversy exceeds the jurisdictional threshold, exclusive of interests and costs.

**NOTICE TO PLAINTIFFS AND THE STATE COURT**

14. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, written notice of such filling will be given by the undersigned to Plaintiffs, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of California for the County of San Bernadino.

DATED: August 29, 2025 KENNEDYS CMK LLP

By: /s/ Shain Wasser
SHAIN WASSER
DAWN VALENTINE
Attorneys for Defendant,
ACE American Insurance Company